# United States Court of Appeals
## For the First Circuit

No. 15-2386

PACIFIC INDEMNITY COMPANY,

Plaintiff, Appellant,

v.

JOHN DEMING,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on July 5, 2016, is amended as follows:

On page 13, line 16, "insured's" is changed to "insurer's".